DEUTERMANN et al., Appellants, v. POLLOCK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by Charles Deutermann and others, as executors, etc., against Alexander Pollock and Samuel H. Gainsborg. No opinion. We think that the case as now settled shows clearly and distinctly what occurred in reference to the minutes of April 29, 1895, and that the appellants do not require anything further

on that subject to protect their rights. Motion for reargument denied. See 58 N. Y. Supp. 1139.